UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L. TIONSON,<br><br>           Petitioner,<br><br>     v.<br><br>J. PRICE,<br><br>           Respondent. | No. 2:16-cv-1749 CKD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, petitioner has not filed a request to proceed in forma pauperis or paid the $5.00 filing fee.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Accordingly, IT IS HEREBY ORDERED that:

   1.  The Clerk of the Court is directed to send petitioner an "Application to Proceed In Forma Pauperis By a Prisoner."

   2.  Within thirty days, petitioner shall complete and return that form to the court or submit the $5.00 filing fee.  Petitioner's failure to comply with this order will result in dismissal.

Dated:  August 3, 2016

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

tion1749.jo